■ MURIEL M. VERSTREATE, Appellant, v LAURA A. COHEN, Respondent. (Appeal No. 2.) [665 NYS2d 358] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Summary Judgment.) Present—Denman, P. J., Pine, Balio, Boehm and Fallon, JJ.

■ EDWARD JEMIOLO, Respondent, v RONALD F. ZIELIN, Appellant, et al., Defendant. (Appeal No. 2.) [665 NYS2d 950] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Balio, Bohem and Fallon, JJ.